IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Paul Garvin, individually and on behalf of all others similarly situated, <br>     Plaintiff, <br><br> v. <br><br> Vital Recovery Services, LLC, a Georgia limited liability company, <br>     Defendant. | No.   1:18-cv-289-SEB-MPB |

## STIPULATION OF DISMISSAL

The parties, having reached a settlement of Plaintiff's individual claims against Defendant, hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and dismissal of the claims of the putative class members without prejudice, each party to bear their own attorneys' fees and costs.

Dated: June 19, 2018

One of Plaintiff's Attorneys

/s/ David J. Philipps
David J. Philipps  (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60457

One of Defendant Vital's Attorneys

/s/ Peter A. Velde
Peter A. Velde (Ind. Bar No. 949-49)
Kightlinger & Gray, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, Indiana 46204

The foregoing stipulation is hereby approved and Plaintiff's individual claims are hereby dismissed with prejudice and those of the putative class members are dismissed without prejudice, each party to bear their own attorneys fees and costs.

Dated:  June 21st , 2018

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana